**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00801-BNB
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

RAUL LEON,

    Plaintiff,

v.

TODD ROBINSON,
KATIE HARDING,
ALLEN VALKLOSKY,
ERIC HOLDER, and
DAVE BERKEBILE,

    Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

    Plaintiff, Raul Leon, is a prisoner in the custody of the Federal Bureau of Prisons who currently is incarcerated at the United States Penitentiary, Administrative Maximum, in Florence, Colorado. He has submitted *pro se* a Prisoner Complaint (ECF No. 1) and a letter (ECF No. 3). As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   <u> X </u>   is not submitted (must use the court's current form revised 10/01/12 with Authorization and Certificate of Prison Official)

(2) ___ is missing affidavit
(3) _X_ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing certificate showing current balance in prison account
(5) ___ is missing required financial information
(6) ___ is missing an original signature by the prisoner
(7) ___ is not on proper form
(8) ___ names in caption do not match names in caption of complaint, petition or habeas application
(9) _X_ other:  § 1915 motion and affidavit only is necessary if $350.00 filing fee is not paid in full in advance.

**Complaint or Petition**:
(4) ___ is not submitted
(5) ___ is not on proper form (must use all pages of the court's current form)
(6) ___ is missing an original signature by the plaintiff/petitioner/applicant
(7) ___ is incomplete
(8) ___ uses et al. instead of listing all parties in caption
(9) ___ names in caption do not match names in text
(15) ___ complete addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16) ___ other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved form for filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the Prisoner Complaint and the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED March 29, 2013, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge